# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED FLOW ENGINEERING, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INJEN TECHNOLOGY COMPANY, LTD, a California corporation, and DOES 1-10, inclusive<br><br>Defendants | Case No. 5:17-cv-00364-SVW-SP<br><br>**ORDER DISMISSING CASE**<br><br>**JS-6** |

Based upon the joint stipulation of the parties, through counsel, and for good cause appearing,

IT IS HEREBY ORDERED THAT:

The case in its entirety including the Complaint and Cross-Complaint are dismissed without prejudice.

IT IS SO ORDERED.

Dated: November 28, 2017

_____
Hon. Stephen V. Wilson
United States District Court